Motion denied, without costs.    Present — Blackmar, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

HOME MORTGAGE INVESTMENT COMPANY OF NEW YORK, Appellant, v. BRENACK STEVEDORING COMPANY, INC., and Others, Defendants.    WILLIAM J. MAHON, Receiver, Respondent.— Motion denied, without costs.    Present — Blackmar, P. J., Rich, Putnam, Kelly and Jaycox, JJ.

JAMES IMBRIE and Others, Respondents, v. D. NAGASE & COMPANY, LTD., Appellant.    (Appeal No. 1.) — This court has not undertaken to decide upon the present appeals that the complaint does not state a cause of action.    The motion is denied, without costs.    Present — Blackmar, P. J., Rich, Putnam, Kelly and Jaycox, JJ.

JAMES IMBRIE and Others, Respondents, v. D. NAGASE & COMPANY, LTD., Appellant.    (Appeal No. 2.) — Motion denied, without costs.    Present — Blackmar, P. J., Rich, Putnam, Kelly and Jaycox, JJ.

In the Matter of the Application of JULIUS BODERMAN for a Peremptory Writ of Mandamus against JOHN R. FARRAR, a Justice of the Municipal Court, etc., and Others.— Motion for stay granted in so far as the order requires the respondent to refer this motion to another justice, and otherwise denied.    Present — Blackmar, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of ALEXANDER M. CRANE, as Administrator, etc., of MINA SPORHOSE, Deceased.    WILMER J. McALLISTER, Appellant.— This motion was to vacate an order made by this court on April 15, 1921, when the notice of motion had been for April 25, 1921.    That motion is granted.    Present — Blackmar, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of ALEXANDER M. CRANE, as Administrator, etc., of MINA SPORHOSE, Deceased.    WILMER J. McALLISTER, Appellant.— Motion denied on condition that appellant perfect the appeal, place the case on the calendar for the June term and be ready for argument when reached; otherwise, motion granted, with ten dollars costs.    Present — Blackmar, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

In the Matter of the Petition of FRANCIS H. GILBERT, Respondent, to Prove the Last Will and Testament of HANNAH E. TAYLOR, etc., Deceased. ELIZABETH CHANDLER and Others, Appellants; FRANCIS P. CALLAHAN, Special Guardian, Appellant.— Motion denied on condition that appellants perfect the appeal, place the case on the calendar for the June term and be ready for argument when reached; otherwise, motion granted, with ten dollars costs.    Present — Blackmar, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

In the Matter of the Application of the LITHUANIAN WORKERS' LITERATURE SOCIETY, INC., for an Amended Certificate of Incorporation.— Motion denied, without costs.    Present — Blackmar, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

In the Matter of the Petition of WILLIAM A. WINANT and Another, to Render and Settle Their Account, as Executors, etc., of ELIZABETH OVERBAUGH, etc., Deceased.— Motion to dismiss appeal granted on both grounds